## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Jeinner Nicolas Glevez Hernandez,<br><br>                    Petitioner<br><br>v.<br><br>John Mattos, et al.,<br><br>                    Respondents | Case No. 2:26-cv-01070-CDS-EJY<br><br>**Order Granting Respondents'<br>Motion to Extend Time**<br><br><br>[ECF No. 12] |

The respondents move for a ten-day extension of time to respond to the court's May 4, 2026 order (ECF No. 10) because they are awaiting documents necessary to formulate a response. Mot., ECF No. 12. The court finds this request to be made in good faith, so the motion is GRANTED. However, no further extensions will be granted. The respondents must file a notice of compliance addressing ECF No. 10 no later than May 21, 2026.

Dated: May 14, 2026

_____
Cristina D. Silva
United States District Judge